IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLINELL WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-159 (MTT) |
| WILLIS HARRIS and DANIEL M. KING, JR., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The Plaintiff has filed this case in an effort to appeal an order of the Probate Court of Laurens County, Georgia. This Court lacks jurisdiction over this case for two reasons. First, in Georgia, matters involving probate are strictly matters for the probate court. *See Carpenter v. Carpenter*, 276 Ga. 746, 746, 583 S.E.2d 852, 853 (2003); and O.C.G.A. § 53-5-1(a). Second, federal courts are courts of limited jurisdiction. *U.S. v. Rojas*, 429 F.3d 1317, 1320 (11th Cir. 2005). In order to exercise jurisdiction, the case must be one between citizens of different states where more than $75,000.00 is at stake, or the case must arise under federal law, neither of which is the case here. 28 U.S.C. §§ 1331 and 1332. Moreover, except in matters involving habeas corpus, a federal court has no authority to review the decisions of a state court. Therefore, the Court lacks jurisdiction and the case is dismissed.

**SO ORDERED**, this the 1st day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch